**No. 65984.**—Florea & Co., Inc. *v.* United States, protest 61/3950 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the issue is the same in all material respects as that the subject of *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), and the record showing that the merchandise consists of knit nylon gloves similar in use to cotton gloves, the claim of the plaintiff was sustained.

**No. 65985.**—R. J. Saunders & Co., Inc. *v.* United States, protest 59/23643 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of photoflash lamps the same in all material respects as those the subject of Abstract 64250, the claim of the plaintiff was sustained.

**No. 65986.**—Sniafibres Corp. *v.* United States, protest 61/7346 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon filaments similar in use to thrown silk not more advanced than singles, tram, or organzine and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.